# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
gibsondunn.com

Danielle J. Moss
Direct: +1 212.351.6338
Fax: +1 212.817.9538
DMoss@gibsondunn.com

Client: 30091-00654

July 31, 2023

Hon. John P. Cronan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Laurel Hilbert v. Ford Motor Company*, Case No. 1:23-cv-03582-JPC (S.D.N.Y.)

Dear Judge Cronan:

Pursuant to the Court's Individual Rules and Practices in Civil Cases ("Rules"), Defendant Ford Motor Company ("Ford") respectfully submits this joint letter request, on behalf of all parties to this matter, that the Court stay all pending deadlines in the above-captioned case.

The parties have reached a settlement in principle to resolve this dispute. Pursuant to the Court's scheduling order (Dkt. 10), Ford's motion to dismiss is currently due today, July 31, 2023; Plaintiff's response is due August 21, 2023; and Ford's reply is due September 4, 2023. Such a stay will conserve the parties' and the Court's resources by avoiding unnecessary briefing. The parties' deadlines to brief Ford's motion to dismiss have not been previously extended. Counsel for Ford conferred with counsel for Plaintiff, who joins Ford's request to stay the deadlines in this case.

Sincerely,

GIBSON, DUNN & CRUTCHER LLP

/s/ Danielle J. Moss

Danielle J. Moss

cc:   All Counsel of Record via ECF

> The request is granted. This case is stayed. All deadlines and conferences are adjourned *sine die*. The parties shall file a joint status update by September 15, 2023. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 11.
>
> SO ORDERED.
> Date: August 1, 2023
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.