# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL HILBERT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 1:23-CV-03582 (JPC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Laurel Hilbert, and Defendant, FORD MOTOR COMPANY, through undersigned counsel, hereby stipulates and notifies the Court that the matter has been resolved such that Plaintiff is dismissing this action with prejudice.

Respectfully submitted this 6th day of September, 2023.

**KALBIAN HAGERTY, LLP**

*/s/ Eric L. Siegel*

Eric L. Siegel (Bar No. 2344935)
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(202) 419-3296 (Office)
(202) 223-6625 (Facsimile)
esiegel@kalbianhagerty.com
*Attorney for Plaintiff*

GIBSON, DUNN & CRUTCHER LLP

*/s/ Danielle J. Moss*

Danielle J. Moss
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

Facsimile: 212.351.4035
DMoss@gibsondunn.com

Katherine V.A. Smith (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Telephone: 213.229.7107
Fascimile: 213.229.6107
ksmith@gibsondunn.com
*Attorneys for Defendant Ford Motor Company*

### CERTIFICATE OF SERVICE

On this 6th day of September, 2023, I certify that the foregoing has been served on counsel for Defendant via ECF filing and by email.

 /s/ *Eric L. Siegel*
Eric L. Siegel

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may file a stipulation of dismissal signed by all parties who have appeared to dismiss an action without a court order. *Accord* Fed. R. Civ. P. 41(a)(1)(B) (permitting stipulation of dismissal with prejudice). Accordingly, the Court's previously ordered stay, Dkt. 14, is lifted, and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: September 8, 2023
New York, New York

JOHN P. CRONAN
United States District Judge